AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Kansas

UNITED STATES OF AMERICA

V.

WILLIAM BYRD WHYMARK

## WARRANT FOR ARREST

Case Number: 22-40084-02-TC

**RECEIVED**
By U.S. Marshals Service at 11:26 am, Nov 10, 2022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WILLIAM BYRD WHYMARK**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court
☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)
Count 1: Conspiracy to Commit Wire Fraud----18 USC 1349
Counts 2-11: Wire Fraud----18 USC 1343
Counts 17-19: Money Laundering----18 USC 1957

☑ in violation of Title 18 United States Code, Section(s) 1349; 18 USC 1343 and 18 USC 1957

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

SKYLER B. O'HARA
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

s/ J. Lolley, Deputy Clerk
Signature of Issuing Officer

November 9, 2022   at Topeka, Kansas
Date and Location

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at | | |
| Subject was arrested by FBI in NY | | |
| DATE RECEIVED<br>11.10.22 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>11.14.22 | | |