Filed in Open Court
11-18-25
Skyler B. O'Hara
By _____ Deputy

In the United States District Court
for the District of Kansas

United States of America,
    Plaintiff,

v.                                    Case No. 5:22-cr-40084-02-TC

William Byrd Whymark,
    Defendant.

---

**Petition to Enter Plea of Guilty and Order Entering Plea**
**[Federal Rules of Criminal Procedure, Rules 10 and 11]**

---

The defendant represents to the Court:

(1) My full true name is William Byrd Whymark. I am 53 years of age. I have completed college and obtained my master's degree in business. I request that all proceedings against me be in my true name.

(2) I am represented by a lawyer, their name is: Lydia Albert, Assistant Federal Public Defender.

(3) I received a copy of the Indictment[1] before being called upon to plead. I read the Indictment and have discussed it with my lawyer. I fully understand every charge made against me.

(4) I told my lawyer all the facts and circumstances known to me about the charges made against me in the Indictment. I believe that my lawyer is fully informed on all such matters.

(5) I know that the Court must be satisfied that there is a factual basis for a plea of "GUILTY" before my plea can be accepted. I represent to the Court that I did the following acts in connection with the charges made against me in Counts 18 and 19 of the Indictment:

> Saint Francis Community Services ("SFCM") a.k.a. Saint Francis Ministries ("SFM"), located in Salina, Kansas, is a 501c(3) faith-based organization that provides foster care and social services in the States of Kansas, Arkansas, Mississippi, Nebraska, Oklahoma, and Texas. From January of 2018 to July of 2021, SFM contracted with the State of Kansas through the Kansas Department for Children and Families ("KDCF") to provide foster care, adoption, family preservation and behavioral health services. The Saint Francis Foundation ("The

---

[1] "Indictment" also means "Information."

1

Foundation") was created on or about September 21, 2016, to support the mission of SFM. The Foundation's purpose was and is to manage private contributions to pay for SFM's expenses not covered by State and Federal funding. The Foundation was registered in Kansas.

Robert Nelson Smith ("Smith") was hired on or about May 13, 2014, as the Chief Executive Officer ("CEO") of SFM. Smith held this position until November of 2020, when the SFM board asked for his resignation. Smith was ordained as a priest in the Episcopal Church in 2009.

William Byrd Whymark was the CEO and President of WMK Research Inc. ("WMK"), a company incorporated in the State of New York. On or about January 5, 2018, WMK and SFM entered into a Master Services Agreement in which WMK would conduct work on an SFM project to significantly improve SFM's IT systems, hardware, and software programs. Smith, on behalf of SFM, and Mr. Whymark, on behalf of WMK, were signatories. Further, around February 2018, Mr. Whymark, through Smith, assumed leadership of SFM's Information Technology ("IT") department. His leadership of SFM's IT department terminated in December 2019.

Mr. Whymark, through WMK, submitted false and fraudulent invoices to SFM, which were approved by Smith, for IT services. Some of these invoices fraudulently inflated the costs associated with the work performed by WMK.

Smith (among others) approved the WMK invoices on behalf of SFM, even when the dollar value of the invoices exceeded his approval authority, and authorized SFM's Finance Department personnel to pay the WMK invoiced amounts. Smith failed to bring the WMK invoices to the attention of the SFM Board for their approval as required by SFM policy.

During the course of agreement between WMK and SFM, Mr. Whymark submitted invoices to SFM, resulting in sixty-five (65) payments to WMK. SFM transferred all payments to WMK from account number xxxxxx8116 held at Intrust Bank, located in Wichita, Kansas, to WMK's account number xxxxxx7166, held at Wintrust Bank, located in Chicago, Illinois.

On August 23, 2019, Mr. Whymark wired $1,052,113.73—more than $10,000 of which was derived from the fraudulent invoices—from WMK's account number xxxxxx7166, held at Wintrust Bank, to Wintrust Bank account number xxxxxx6011, named William B. Whymark; and then wired $1,052,113.73—more than $10,000 of which was derived from the fraudulent invoices—to JP Morgan Chase Bank for David M. Gladstone, Attorney, to purchase a residence located at 9 Terrace Circle, Armonk, New York.

The aforementioned events occurred, in relevant part, in the District of Kansas.

2

(6) My lawyer has counseled and advised me on the nature of each charge, on all lesser included charges, and on all possible defenses that I might have in this case.

(7) I know that I have the right to plead "NOT GUILTY" to any offense charged against me. If I plead "NOT GUILTY" I know the Constitution guarantees me: (a) the right to a speedy and public trial by a jury; (b) at that trial, and at all stages of the proceedings, the right to the assistance of a lawyer; (c) the right to see and hear all witnesses called to testify against me, and the right to cross-examine those witnesses; (d) the right to use the power and process of the Court to compel the production of any evidence, including the attendance of any witnesses in my favor; and (e) the right not to be compelled to incriminate myself by taking the witness stand; and if I do not take the witness stand, no inference of guilt may be drawn from such decision.

(8) I know that if I plead "GUILTY," I am thereby waiving my right to a trial, and that there will be no further trial of any kind, either before a Court or jury; and further, I realize the Court may impose the same punishment as if I had pleaded "NOT GUILTY," stood trial, and been convicted by a jury.

(9) I know that if I plead "GUILTY," the Court will ask me questions about the offense(s) to which I have pleaded, and since I will be answering these questions under oath, on the record, and in the presence of my lawyer, that my answers may later be used against me in a prosecution for perjury or false statement.

(10) My lawyer informed me that the plea of "GUILTY" could subject me to a maximum punishment which, as provided by law, is <u>10 years'</u> imprisonment, to be followed by a term of supervised release not to exceed <u>3 years</u>, and a fine of not more than <u>$250,000</u> (which may accrue interest if not paid at time of sentencing) for each offense charged in Count 18 and Count 19 of the Indictment. I have also been informed that should the Court find me in violation of the supervised release term, the term could be revoked, and an additional term of imprisonment not to exceed <u>2 years</u> per count may be imposed. I have also been informed that the Court may order me to make restitution in compliance with 18 U.S.C. §3663 and §3664 or as a condition of supervision, if such is ordered under 18 U.S.C. §3563, in addition to any other penalty provided by law. I further understand that if I am pleading "GUILTY" to an offense which is subject to the Sentencing Reform Act, I cannot be released on parole and, if imprisonment is ordered in my case, the sentence imposed by the Court will be the sentence I serve less any good time credit if I earn it.

(11) I know that in addition to any other penalty imposed, including any fine or restitution order, the Court is required to impose a special monetary assessment in the amount of <u>$100.00</u> for each count in which the offense occurred after April 24, 1996. I UNDERSTAND THIS SPECIAL ASSESSMENT MUST BE PAID AT THE TIME OF THE SENTENCING HEARING UNLESS THE COURT DIRECTS OTHERWISE.

(12) I understand that if my case involves drug trafficking or drug possession, the Court may deny or suspend my eligibility to receive federal benefits pursuant to 21 U.S.C. §862, except for those specifically exempted. I understand that if this is my second or subsequent conviction for possession of a controlled substance, the Court may order me to complete drug

treatment or community service as specified in the sentence as a condition for reinstatement of benefits.

(13) I know that the Court may also order, in addition to the penalty imposed, that I give reasonable notice and explanation of the conviction, in such form as the Court may approve, to the victims of the offense.

(14) I have been advised and understand that if I am not a U.S. citizen, a conviction of a criminal offense may result in deportation from the United States, exclusion from admission to the United States, and/or denial of naturalization.

(15) If I am on probation or parole in this or any other Court, I know that by pleading guilty here, my probation or parole may be revoked and I may be required to serve time in that case, which will be consecutive, that is, in addition to any sentence imposed upon me in this case.

(16) I declare that no officer or agent of any branch of government (federal, state, or local) has promised, suggested, or predicted that I will receive a lighter sentence, or probation, or any other form of leniency if I plead "GUILTY," except as follows:

<u>My attorney did discuss how the Sentencing Guidelines may apply in my case.</u>

If anyone else, including my attorney, made such a promise, suggestion, or prediction, except as noted in the previous sentence, I know that he had no authority to do so.

I know that the sentence I will receive is solely a matter within the control of the Judge. I do understand that there is no limitation on the information the Judge can consider at the time of sentencing concerning my background, character, and conduct, provided the information is reliable, 18 U.S.C. §3661. I do understand that if I am subject to sentencing under the Sentencing Reform Act and the Sentencing Guidelines issued by the United State Sentencing Commission, a sentencing guideline range is established. The Judge will consider a sentence from within the guideline range and, if my case presents features which persuade the Judge to vary from the guideline range the Judge could impose a sentence either above or below the recommended guideline range. In determining the guideline range, an variance, and the sentence to impose, the Court may take into account all relevant criminal conduct, which may include counts to which I have not pled guilty or been convicted, and take into account background characteristics including, but not limited to, the recency and frequency of m prior criminal record, whether or not a substantial portion of my income resulted from criminal conduct, my role in the offense, victim-related circumstances, and my acceptance of responsibility for the offense, may have a specific effect on the sentence.

I hope to receive leniency, but I am prepared to accept my punishment permitted by law which the Court sees fit to impose. However, I respectfully request the Court to consider, in mitigation of punishment, that I have voluntarily entered a plea of guilty.

(17) I understand that a U.S. Probation Officer will be assigned to conduct a thorough presentence investigation to develop all relevant facts concerning my case unless the Court finds that there is in the record sufficient information to enable the meaningful exercise of sentencing authority pursuant to 18 U.S.C. §3553. The report of the presentence investigation shall contain the factors set forth in Rule 32. These include the classification of the offense and of the defendant under the categories established by the Sentencing Commission, the kinds of sentence available to the Court, and the sentencing range the officer believes applicable. The report shall include the history and characteristics of the defendant and such other information required by the Court recognizing the factors set forth in paragraph (16) above.

(18) My plea of guilty is not the result of my plea agreement entered into between the government attorney, my attorney, and me.

(19) I believe that my lawyer has done all that anyone could do to counsel and assist me, AND I AM SATISFIED WITH THE ADVICE AND HELP THEY HAVE GIVEN ME.

(20) I know that the Court will not permit anyone to plead "GUILTY" who maintains they are innocent and, with that in mind, and because I am "GUILTY" and do not believe I am innocent, I wish to plead "GUILTY" and respectfully request the Court to accept my plea of "GUILTY" and to have the Clerk enter my plea of "GUILTY" as follows.

**GUILTY TO COUNTS 18 and 19 OF THE INDICTMENT.**

(21) My mind is clear, I am not under the influence of alcohol. I am currently under a doctor's care. The only drugs, medicines, or pills that I took within the past seven (7) days are:

**Nulojix, Myfortic (Mycophenolic Acid DR 180mg), Prednisone, Percocet, Clonidine, Sildenafil, Lisinopril-HCTZ, Nifedipine ER, Rosuvastatin, Famotidine, Meclizine, Tylenol, Fluorouracil, Vitamin D3, Nephro-Vite, Ferrous sulfate**

(22) I have never been confined in an institution for the treatment of mental illness. I have never been adjudicated mentally incompetent. No psychiatrist, physician, or psychologist has ever found me to be mentally ill. I know of no reason why my mental competence at the time of the commission of the alleged offense(s), or at the present time, should be questioned. (If there are any exceptions to the above statement, explain below.)

**I have been diagnosed with anxiety and depression.**

(23) I offer my plea of "GUILTY" freely and voluntarily, and further state that my plea of guilty is not the result of any force or threats against me, or of any promises made to me other than those noted in this petition. I further offer my plea of "GUILTY" with full understanding of all the matters set forth in the Indictment, in this petition, and in the certificate of my attorney which is attached to this petition.

(24) I waive the reading of the Indictment in open court, and I request the Court to enter my plea of "GUILTY" as set forth in paragraph (20) of this petition.

(25) I swear that I have read, understood, and discussed with my attorney, each and every part of this Petition to Plead Guilty, and that the answers which appear in every part of this petition are true and correct.

Signed and Sworn to by me in open court, in the presence of my attorney, this 18th day of November, 2025.

_____
WILLIAM BYRD WHYMARK

Subscribed and Sworn to before me this 18th day of November, 2025.

_____
(Deputy Clerk)

6

## CERTIFICATE OF COUNSEL

The undersigned, as lawyer and counselor for the defendant, William Byrd Whymark, hereby certifies:

(1) I have read and fully explained to the defendant the allegations contained in the Indictment in this case.

(2) To the best of my knowledge and belief, the statements, representations, and declarations made by the defendant in the foregoing petition are in all respects accurate and true.

(3) I explained the maximum penalty for each count to the defendant.

(4) The plea of "GUILTY" offered by the defendant in paragraph (20) accords with my understanding of the facts they related to me and is consistent with my advice to the defendant.

(5) In my opinion, the defendant's waiver of reading of the Indictment in open court as provided by Rule 10 is voluntarily and understandingly made, and I recommend to the Court that the waiver be accepted.

(6) In my opinion, the plea of "GUILTY" offered by the defendant in paragraph (20) of the petition is voluntarily and understandingly made. I recommend that the Court accept the plea of "GUILTY" until the scheduled sentencing.

(7) I have made no predictions or promises to the defendant concerning any sentence the Court may award, except as noted in the space below:

<u>I have discussed with my client how the Sentencing Guidelines may apply in his case.</u>

(8) I further represent to the Court that the defendant's plea of "GUILTY" is not the result of a plea agreement.

Signed by me after full discussion of the contents of this certificate with the defendant, this 18th day of November, 2025.

Lydia Krebs Albert, #22673
Attorney for Defendant

7

**O R D E R**

I find that the plea of guilty was made by the defendant freely, voluntarily, and because they are guilty as charged, and not out of ignorance, fear, inadvertence, or coercion, and with full understanding of its consequences. I further find that the defendant has admitted the essential elements of the crimes charged and is mentally competent.

IT IS THEREFORE ORDERED that the defendant's plea of "GUILTY" be accepted and entered as prayed for in the petition and as recommended in the certificate of their lawyer.

Done in open court this 18th day of November, 2025.

_____
THE HONORABLE TOBY CROUSE
UNITED STATES DISTRICT JUDGE