UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40084** |
| | ) | | |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **WILLIAM BYRD WHYMARK (2)** | ) | | |
| | ) | | |
| Defendants. | ) | Date of Hearing: | **11/18/25** |

_____

**CRIMINAL MINUTE SHEET – CHANGE OF PLEA HEARING**

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **38 minutes** |

**APPEARANCES:**    parties appear:  **IN PERSON**
- UNITED STATES OF AMERICA:         **Sara Walton**
- DEFENDANT'S COUNSEL:               **Lydia Albert**
- DEFENDANT:                                         On Release – Present

**NATURE OF HEARING:**

☒ **Change of Plea – Counts 18 and 19 of the Indictment**          ☒ **Felony**

**PROCEEDINGS:**

☒ **Defendant sworn**

☒ **Plea to Indictment as to Counts 18 and 19**

  ☒ **Waives Reading of Indictment**

  ☐ **Charge(s) of Indictment to which defendant is pleading guilty read**

☒ **Advised as to consequences of entering plea**

☒ **Advised of maximum penalties and punishments to charges to which defendant is pleading guilty**

☒ **Advised how United States Sentencing Guidelines may apply in case**

**Plea Agreement:**      ☐ **YES**          ☒ **NO**

☒ **PLEA PETITION signed and filed in open court**

☒ **Factual Basis of Plea read**

**COURT FINDINGS:**

☒ **Court finds factual basis for plea to guilty to the crimes charged**

☒ **Court takes plea under advisement and will defer judgment until sentencing.**

| OFFENSE(S): | Counts 18 and 19 of the Indictment: | 18:1957 and 18:2 - Money Laundering |
|---|---|---|

☒ **Presentence Investigation Report (PSR) ordered _and_ shall be completed and filed prior to next scheduled court appearance.**

**SCHEDULING:**

☒ **Sentencing Hearing** set for **February 25, 2026, at 11:15 a.m.**

    Sentencing Memorandum for both parties are due:  February 18, 2026

**CUSTODY**:

☒ **Defendant remains on pretrial release.**