**In the United States District Court
for the District of Kansas**

**United States of America**,

        Plaintiff,

v.                                          Case No. 5:22-cr-40084-02-TC

**William Byrd Whymark,**

        Defendant.

## William B. Whymark's Unopposed Motion to Continue Sentencing Hearing and Deadline for Filing Sentencing Memorandum

For the reasons discussed below, William B. Whymark respectfully asks the Court to continue both the sentencing hearing and the sentencing-memorandum deadline for 60 days. The government does not oppose this request.

1. The sentencing hearing is currently scheduled for Wednesday, February 25, 2026, at 11:15 a.m. The sentencing memorandum deadline is February 18, 2026.

2. Undersigned counsel needs additional time to contract with, and obtain information from, an expert witness. The impending threat of another government shutdown has complicated this process.

3. Mr. Whymark remains on pretrial release.

4. Mr. Whymark's right to a speedy trial does not apply to this continuance now that he has entered a plea of guilty.

5. The government does not object to this request.

For these reasons, Mr. Whymark requests a continuance of the sentencing

hearing for 60 days.

                                       Respectfully submitted,

                                       s/Lydia Krebs Albert
                                       Lydia Krebs Albert, # 22673
                                       Assistant Federal Public Defender
                                       Federal Public Defender Office
                                       632 SW Van Buren Street, Suite 200
                                       Topeka, KS 66603
                                       Telephone: 785-232-9828
                                       Fax:  785-232-9886
                                       Email: lydia_krebs_albert@fd.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

                                       s/Lydia Krebs Albert
                                       Lydia Krebs Albert