**In the United States District Court
for the District of Kansas**

---

**United States of America,**
                    Plaintiff,

v.                                                    Case No. 5:22-cr-40084-02-TC

**William Byrd Whymark,**
                    Defendant.

---

**William Byrd Whymark's Unopposed Motion to Continue Sentencing Deadlines**

---

For the reasons discussed below, William Byrd Whymark respectfully asks the Court to continue both the sentencing hearing and the sentencing-memoranda deadline for approximately 30 days. The government does not oppose this request.

1. The sentencing hearing is currently set for May 27, 2026. The sentencing-memoranda deadline is May 20, 2026.

2. On May 5, 2026, Mr. Whymark was diagnosed with a malignant squamous cell facial carcinoma. Unfortunately, the cancer may have spread to his lymphatic system. He is therefore scheduled to undergo facial surgery on May 19, 2026, followed by a lymph-node biopsy on May 22, 2026.

3. The defense team previously retained an actuarial expert to prepare a report in this case. On May 13, 2026, undersigned counsel spoke with the retained expert about the above developments. The expert advised that the results of the upcoming May 22, 2026, biopsy are relevant to his analysis and that he would prefer to wait until he has received those results to complete and submit his report.

4. To ensure that we are able to completely and accurately address Mr. Whymark's health[1] in our sentencing memorandum and at sentencing, we therefore ask the Court to continue the sentencing deadlines for approximately 30 days.

5. Mr. Whymark remains on pretrial release.

6. Mr. Whymark's right to a speedy trial does not apply to this continuance now that he has entered a plea of guilty.

7. The government does not oppose this request.

For these reasons, Mr. Whymark asks the Court to continue the sentencing deadlines for approximately 30 days.

Respectfully submitted,

s/Lydia Krebs Albert
Lydia Krebs Albert, # 22673
Assistant Federal Public Defender
Federal Public Defender Office
632 SW Van Buren Street, Suite 200
Topeka, KS 66603
Telephone: 785-232-9828
Fax:  785-232-9886
Email: lydia_krebs_albert@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/Lydia Krebs Albert
Lydia Krebs Albert

---

[1] *See, e.g.*, § 3553(a)(1), (a)(2)(A), (a)(2)(C), (a)(2)(D), (a)(6), (a)(7).

2