IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BYRD WHYMARK,<br><br>Defendant. | Case No. 22-cr-40084-AWM |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the defendant, by and through counsel Jason P. Hoffman, Hoffman & Hoffman, and moves the Court for an Order continuing the Sentencing Hearing currently set for October 13, 2026 and associated deadlines at least sixty (60) days.

Sentencing is currently set for October 13, 2026, Sentencing Memoranda are due October 6, 2026 and PSR objections are due September 22, 2026. Current defense counsel was appointed to this case in late May, 2026 and needs additional time to review relevant materials in the case file and consult with defendant and counsel for the government. Counsel for the parties and U.S. Probation need additional time to work through issues related to the PSR and to discuss any sentencing issues that may ultimately be disputed. More urgently, defendant suffers from a life-threatening medical condition and is being evaluated for a third kidney transplant. He received his first kidney transplant in 2001, which failed, and his second in 2013. Defendant has stage 4 kidney disease, and his second transplanted kidney is now failing. The initial pre-transplant evaluation — which includes cardiac clearance, imaging, multiple cancer screenings, and antibody testing — was not authorized by defendant's insurance carrier until early September, and the front end of the process is expected to take the better part of a month. Separately, defendant's prospective living

donor must complete an independent medical evaluation, including physical exams, imaging, and crossmatch compatibility testing. Defendant's candidacy is then presented to the transplant center's committee for review. Sixty days would allow this process to advance meaningfully.

The ends of justice and judicial economy will be served by continuing the Sentencing Hearing sixty (60) days and, further, by enlarging the time in which the parties have to file objections to the PSR and file Sentencing Memoranda. Counsel for the government has been consulted regarding the instant motion and has no objection to the same.

WHEREFORE, defendant prays the Court enter an Order continuing the Sentencing Hearing currently set for October 13, 2026 and enlarging associated deadlines at least sixty (60) days and for such and other further relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

/s/ Jason P. Hoffman

Donald R. Hoffman (Ks. 07332)
Jason P. Hoffman (Ks. 17637)
HOFFMAN & HOFFMAN
Kansan Towers Building
100 E. 9th Street – 2nd Floor East
Topeka, Kansas 66612
Ph. (785) 233-5887
Fax (785) 233-2173
j.hoffman@hoffmanhoffman.com

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Sara Walton, Assistant United States Attorney.

/s/ Jason P. Hoffman

Donald R. Hoffman (Ks. 07332)
Jason P. Hoffman (Ks. 17637)
HOFFMAN & HOFFMAN
Kansan Towers Building
100 E. 9th Street – 2nd Floor East
Topeka, Kansas 66612
Ph. (785) 233-5887
Fax (785) 233-2173
j.hoffman@hoffmanhoffman.com